1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| JEAN MARIE PANZECA, | ) Case No. 2:20-cv-5886-MRW |
|---|---|
| Plaintiff, | ) **ORDER RE: STIPULATION FOR** |
| vs. | ) **DISMISSAL OF ENTIRE ACTION,** ) **WITH PREJUDICE** |
| PRINCESS CRUISE LINES, LTD, and Does 1 through 10, inclusive, | ) |
| Defendants. | ) Complaint filed: June 30, 2020 |

**[PROPOSED] ORDER RE: STIPULATION FOR DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE**

The Court has reviewed and accepts the stipulation of Plaintiff, JEAN MARIE PANZECA, and Defendant, PRINCESS CRUISE LINES, LTD., through their respective counsel of record, stipulating to the dismissal of the above-referenced action, as to all parties and all claims and causes of action, with prejudice, with each party bearing their own attorney fees and costs, and requesting that this Court issue such an order for dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Pursuant to said stipulation,

IT IS HEREBY ORDERED that the entire action is dismissed, with prejudice, as to all parties and all claims and causes of action, with each party bearing their own attorney fees and costs.

Dated: September 1, 2021

_____
HONORABLE MICHAEL R. WILNER

1

**[PROPOSED] ORDER RE: STIPULATION FOR DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE**